Walter E. MORSE

v.

WARDEN, UNITED STATES PENITEN-
TIARY, LEAVENWORTH, KANSAS.

No. 6400.

United States Court of Appeals
Tenth Circuit.

Sept. 19, 1960.

No attorney for appellant.

Wilbur G. Leonard, U. S. Atty., To-
peka, Kan., for appellee.

Before MURRAH, Chief Judge, and
BRATTON and PICKETT, Circuit
Judges.

PER CURIAM.

*Affirmed without written opinion.*

Alpheus HERMAN

v.

George A. BANGS, Executor under the
Last Will and Testament of Harold
R. Eyrich, deceased.

No. 6569.

United States Court of Appeals
Tenth Circuit.

Oct. 5, 1960.

Harold L. Mai, Cheyenne, Wyo., and
Oscar A. Hall, Rawlins, Wyo., for appel-
lant.

Bangs, McCullen, Butler & Foye,
Rapid City, S. D., and Milton R. Foe,
Wheatland, Wyo., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of
appellee.

Melton H. HENDERSON and Charles
L. Sharitz

v.

Roy C. TERRILL.

No. 6568.

United States Court of Appeals
Tenth Circuit.

Oct. 5, 1960.

A. O. Kiesow, Kansas City, Kan., for
appellants.

Williamson, Cubbison & Vaughan,
Kansas City, Kan., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of
appellee.

LANE–MORSE LUMBER COMPANY,
Inc., a corporation,

v.

UNITED STATES FIDELITY AND
GUARANTY COMPANY, a
corporation.

No. 6492.

United States Court of Appeals
Tenth Circuit.

Nov. 3, 1960.

Edwin Langley, Muskogee, Okl., for
appellant.

Fite & Robinson, Muskogee, Okl., for
appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appel-
lant.